

## COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE CLERK
OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 30, 2015

Carole Boyd
15751 Highway 16 North
Medina, TX 78055-3749

Charles Dixon Mosty
Mosty Law Firm
222 Sidney Baker S, Ste 400
Kerrville, TX  78028

Stephen B. Schulte
Stephen B. Schulte, P.C.
820 Main St Ste 100
Kerrville, TX 78028-5300

Richard C. Mosty
Mosty Law Firm
222 Sidney Baker S,
Ste 400
Kerrville, TX  78028

RE:     Court of Appeals Number:    04-14-00824-CV and 04-15-00006-CV
        Trial Court Case Number:    CV-13-0100356
        Style:                      Robert Tyson, Carl and Kathy Taylor, Linda and
                                    Ron Tetrick, Jim and Nancy Wescott, and Paul and
                                    Ruthe Wilson   v. Demar Boren and Lorena Yates
                                    and Robert N. Freeman II

Dear Counsel:

        Enclosed please find the order which the Honorable Court of Appeals has issued
in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.

                                    Very truly yours,
                                    KEITH E. HOTTLE, CLERK

                                    Cynthia A. Martinez
                                    Deputy Clerk, Ext. 53853